**JS-6**

**NOTE CHANGES BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| NEOMED, INC. <br><br> Plaintiff, <br><br> v. <br><br> UTAH MEDICAL PRODUCTS, INC., a Utah corporation, <br><br> Defendant. | Case No. 2:12-cv-02196-JST (ANx) <br><br><br> **JUDGMENT** |
| UTAH MEDICAL PRODUCTS, INC., a Utah corporation, <br><br> Counter-plaintiff, <br> v. <br> NEOMED, INC. <br><br> Counter-defendant. | |

.

This action having come before the Court, the issues having been heard and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of Defendant and Counter-Plaintiff Utah Medical Products Inc. on Plaintiff and Counter-Defendant Neomed Inc.'s Claim 3.

This judgment is entered without prejudice to any post-judgment applications or motions for costs and/or attorneys' fees.

Dated: February 11, 2013

By: _____
JUDGE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT COURT JUDGE